# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUDITH ESQUIVEL AND FRANK ESQUIVEL,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**BRISTOL-MYERS SQUIBB CO., et al.,**<br><br>**Defendants.** | **OLD CASE NO.: 2:16-cv-2297-JAM-EFB**<br><br>**NEW CASE NO.: 1:16-cv-1479-LJO-BAM** |

Review of this case reveals that it is related under this Court's Local Rule 123 to the action entitled *Sears v. Bristol-Myers Squibb Co.*, 1:16-CV-65-LJO-BAM.  The actions involve the same or similar parties, properties, claims, events and/or questions of fact or law.  Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency and economy for the Court and parties.  An order relating cases under this Court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and no consolidation of cases is effected.

On the basis of good cause, this Court ORDERS that the above-captioned action is reassigned to U.S. Chief District Judge Lawrence J. O'Neill and U.S. Magistrate Judge Barbara A. McAuliffe with a new case number **1:16-cv-1479-LJO-BAM**.  All documents shall bear the new case number **1:16-cv-1479-LJO-BAM** and the reassignment to U.S. District Judge Lawrence J. O'Neill and U.S. Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated:   **October 4, 2016**                       **/s/ Lawrence J. O'Neill**
                                                                                  UNITED STATES CHIEF DISTRICT JUDGE